IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PATRICK SHERMAN                                                              PETITIONER

v.                              NO. 5:07CV00073 SWW-JFF

MIKE BEBEE, Governor
of Arkansas                                                                  RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is summarily dismissed without prejudice for lack of jurisdiction.

IT IS SO ORDERED this 7th day of May 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE